CONNIE L. JOHNSON, Respondent, v JOSHUA G. ROSE et al., Appellants. [901 NYS2d 555]—Appeal from an order of the Supreme Court, Steuben County (Marianne Furfure, A.J.), entered May 14, 2009 in a personal injury action. The order, among other things, denied defendants' motion for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on March 22, 2010, it is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Martoche, J.P., Fahey, Carni, Sconiers and Green, JJ.

JANICE M. STOJEK, Appellant, v CLEAR-ALL, Respondent. [901 NYS2d 555]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered July 1, 2009 in a personal injury action. The order granted defendant's motion for summary judgment and dismissed the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Martoche, J.P., Fahey, Carni, Sconiers and Green, JJ.

LIONEL SWANSON, an Infant, by JENNIFER CHAFFEE, His Parent and Natural Guardian, et al., Respondents, v LOCKPORT MEMORIAL HOSPITAL, Defendant, and MICHAEL A. TORRES, M.D., Appellant. [901 NYS2d 556]—Appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered September 4, 2009. The order, insofar as appealed from, denied the motion of defendant Michael A. Torres, M.D. for summary judgment.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on April 8, 2010, it is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Martoche, J.P., Fahey, Carni, Sconiers and Green, JJ.